■ LASZLO N. TAUBER, Appellant, v BANKERS TRUST COM-PANY, Respondent. [700 NYS2d 678] —Judgment, Supreme Court, New York County (Barry Cozier, J.), entered June 3, 1999, awarding defendant the principal sum of $398,755.09, and

bringing up for a review an order, same court and Justice, entered June 1, 1999, which granted defendant's motion to confirm a Special Referee's report concluding that the reasonable value of defendant's attorneys' services necessarily incurred in its defense of this action and prosecution of its counterclaims was $398,755.09, unanimously affirmed, with costs. Appeal from the above order, unanimously dismissed, without costs, as subsumed within the appeal from the judgment.

The amount awarded was a proper exercise of discretion, in view of the extensive litigation of this complex, multi-million dollar matter in both the New York and Maryland courts, the experience of the attorneys involved, the time and skill required to handle the matter and the results obtained (*see, Matter of Freeman*, 34 NY2d 1). Concur—Nardelli, J. P., Tom, Mazzarelli, Ellerin and Friedman, JJ.